COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE     DATE: 2/7/06
❏ BOND HEARING
❏ DETENTION HEARING     DIGITAL Recording : 4:06 - 4:20
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON     DEPUTY CLERK: Wanda Robinson
CASE NO. 2:06mj16-VPM     DEFENDANT NAME: Deloris Jones
AUSA: Christopher Snyder     DEFT. ATTY: Jennifer Hart
    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: Tamara Martin     USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES     Name:

| | |
|---|---|
| √ | Date of Arrest or √ Arrest Rule 40  2/7/06 |
| √ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏ set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| ❏ | BOND EXECUTED (M/D AL charges) $. |
| √ | BOND EXECUTED (R. 40) -$25,000; Defendant request case be transferred to MD/AL |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❏ preliminary hearing; √ Waiver Rule 40 ID hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏ Set for |
| ❏ | DISCOVERY DISCLOSURE DATE: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❏ | WAIVER of Speedy Trial.  CRIMINAL TERM: |

USA to check with AUSA of Eastern District of Michigan to determine if case can be transferred to Middle District of Alabama; Waiving of Preliminary Hearing determined after resolution of transfer.

Case 2:06-mj-00016-VPM   Document 1   Filed 02/07/2006   Page 2 of 2