AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

DELORIS JONES

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: __2:06mj16-VPM__

CHARGING DISTRICTS CASE NUMBER: __06-30035__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Eastern__ District of __Michigan__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __231 West Lafayette Blvd., Detroit, MI 48226__
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) __Room 114__ on __or before February 28, 2006 @ 1:00 p.m.__ .
*Date and Time*

__/s/ Vanzetta Penn McPherson__
*Signature of Judge*

__Vanzetta Penn McPherson, U.S. Magistrate Judge__
*Name and Title of Judge*

__15 February 2006__
*Date*